UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-00715-SVW-RZ | Date | May 7, 2012 |
|---|---|---|---|
| Title | Gayane A Yepremyan v. Asset Acceptance LLC et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING CASE AND AWARDING SANCTIONS

     On April 2, 2012, the Court held a status conference at which Plaintiff failed to appear.  That status conference marked Plaintiff's second failure to appear in this case.  The Court instructed Defendants' counsel to submit a declaration with its expenses for the Court to consider, which counsel did on April 24, 2012.  (Dkt. No. 16).  The Court also ordered Plaintiff to show cause why the case should not be dismissed for Plaintiff's failure to appear and comply with the Court's orders within ten days of the Court's April 2, 2012 Order.  Plaintiff failed to do so.

     Accordingly, the instant action is hereby DISMISSED.  Defendant's counsel submitted a declaration and supporting documentation showing $2,790.84 in billing related to appearances in this matter. The Court believes that $1,500 is a more appropriate figure.  Accordingly, the Court further SANCTIONS Plaintiff in the amount of $1,500, payable to Defendant's counsel.

     :

| Initials of Preparer | PMC |
|---|---|