# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE A. YEPREMYAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASSET ACCEPTANCE, LLC, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:12-cv-00715-SVW-RZ<br><br>**JUDGMENT** |

On May 7, 2012, the Court issued a Minute Order dismissing this case brought by the plaintiff, Gayane A. Yepremyan ("Plaintiff"). (Doc. No. 19.) In its Minute Order, the Court also sanctioned Plaintiff in the amount of $1,500.00, payable to counsel for defendant Resurgent Capital Services, L.P. (*Id*.)

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing by Plaintiff's complaint and defendant Resurgent Capital Services, L.P. is hereby **DISMISSED** from this action, **WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

1  Plaintiff Gayane A. Yepremyan shall pay to defendant Resurgent Capital Services,
2  L.P. the amount of **$1,500.00**.
3
4
5  DATED: February 28, 2013      _____
6                                 HON. STEPHEN V. WILSON
                                   UNITED STATES DISTRICT JUDGE